**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2209**
_____

BRENDA COLLINS,

             Plaintiff - Appellant,

        v.

TIAA-CREF; KATHY JACKSON; TARAN NARAYAN; ROBERT SMITH,
formerly named in complaint as William Smith,

             Defendants – Appellees,

        and

HERB ALLISON,

             Defendant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad,
Jr., Chief District Judge. (3:06-cv-00304-RJC-DSC)

_____

Submitted:  June 24, 2010            Decided:  June 29, 2010

_____

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brenda Collins, Appellant Pro Se.  Allegra J. Lawrence-Hardy,
Abigail J. Politzer, SUTHERLAND ASBILL & BRENNAN, LLP, Atlanta,
Georgia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Collins appeals the district court's order granting summary judgment in favor of her former employer in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Collins v. TIAA-CREF, No. 3:06-cv-00304-RJC-DSC (W.D.N.C. Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3